FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                        :
JINKO SOLAR (VIETNAM) INDUSTRIES        :
COMPANY LIMITED, JINKOSOLAR (U.S.)      :      SUMMONS
INC., and JINKO SOLAR (U.S.) INDUSTRIES :
INC.,                                   :      Court No. 25-00171
                                        :
                    Plaintiffs,         :
                                        :
         v.                             :
                                        :
UNITED STATES,                          :
                                        :
                    Defendant.          :
_____x
```

TO:   The Attorney General and the Department of Commerce:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff Jinko Solar (Vietnam) Industries Company Limited is a foreign producer of crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam.  Plaintiffs JinkoSolar (U.S.) Inc., and Jinko Solar (U.S.) Industries Inc. are U.S. importers of crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam.  As a foreign producer and U.S. importers of subject merchandise, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a) and were parties to the proceeding that led to the determination being challenged.  Plaintiffs participated in the proceeding as a mandatory respondent through the submission of questionnaire responses and written arguments.  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final antidumping duty determination in the investigation of crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam, leading to issuance of the antidumping duty order on crystalline silicon photovoltaic cells from the Socialist Republic of Vietnam that was subsequently corrected.  <u>Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia,</u>

Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders; Correction, 90 Fed. Reg. 29,843 (July 7, 2025); Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders, 90 Fed. Reg. 26786 (June 24, 2025); Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part, 90 Fed. Reg. 17,388 (Apr. 25, 2025).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the antidumping duty order and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. Effective date of the determination: June 24, 2025.

4. Date of publication in the Federal Register of the contested determination: June 24, 2025.

Respectfully submitted,

/s/ *Brandon M. Petelin*
Ned H. Marshak*
Andrew T. Schutz
Elaine F. Wang
Jordan C. Kahn
Brandon M. Petelin

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

*599 Lexington Ave FL 36,
New York NY 10022
(212) 557-4000
-and-
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: July 24, 2025

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230


                                              The Honorable Mario Toscano
                                              Clerk of the Court


Date: July __, 2025                          By:_____